United States Bankruptcy Court

Southern District of New York

300 Quarropas Street

White Plains NY 10601


To whom it may concern


I Bruce Sherr filed on November 23, 2022 as a pro se on a Chapter 13 case number 22-22889. I wish to voluntary dismiss my bankruptcy case.


Thank you

Bruce Sherr

5 Hayes Court

Stony Point NY 10980